IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEANDRE D. CURRINGTON,        )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       1:23cv120-MHT
                              )            (WO)
MASON BYNUM, Deputy Chief,    )
                              )
     Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(3) This lawsuit is dismissed without prejudice for failure to follow a court order to pay the initial filing fee.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of June, 2023.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE