There is no PDF document for this entry.