IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEANDRE D. CURRINGTON,       )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       1:23cv120-MHT
                             )            (WO)
MASON BYNUM, Deputy Chief,   )
                             )
     Defendant.              )
```

ORDER

This case is before the court on plaintiff's motion to reinstate his appeal. His appeal was dismissed by the court of appeals on October 29, 2024. It appears that plaintiff's filing may be a copy of a motion plaintiff sent to the appellate court, as the motion to reinstate has the heading of the court of appeals at the top of the page and says "copy" in the upper left hand corner. *See* Motion to Reinstate (Doc. 23) at 2. However, assuming the plaintiff is asking this court to reinstate his appeal, this court does not have the power to do so.

Accordingly, it is ORDERED that plaintiff's motion

to reinstate (Doc. 23) is denied.

This case remains closed.

DONE, this the 22nd day of January, 2025.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**