IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **DEANDRE D. CURRINGTON,** )<br>)<br>    Plaintiff,    )<br>              )<br>    v.        )<br>              )<br>**MASON BYNUM, Deputy Chief,** )<br>              )<br>    Defendant.   ) | CIVIL ACTION NO.<br>1:23cv120-MHT<br>(WO) |

**ORDER**

Upon revisiting the record in this case, the court has developed concerns that its dismissal of plaintiff's case may have been mistaken. Because the plaintiff was moved to two different prisons during the mere three months his case was pending, and because there was evidence that he paid a filing fee in the required amount in another case with the same parties on March 30, 2023, and may have been confused about whether he paid the filing fee in this case, the court has doubts about whether there is a "clear record of delay or willful contempt." *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir.

1989) (quoting *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985)).  Should the appeals court wish to remand the case to this court, the court would reconsider the issue.

Accordingly, upon consideration of plaintiff's applications to proceed on appeal without prepayment of fees or costs (Doc. 31, Doc. 34, and Doc. 38), and for good cause shown, it is ORDERED that the applications are granted.

It is further ORDERED that plaintiff's motion for a copy of the final judgment (Doc. 36) is granted.  The clerk of court is directed to mail plaintiff a copy of the judgment (Doc. 12).

DONE, this the 15th day of May, 2025.

                                 /s/ Myron H. Thompson  
                               **UNITED STATES DISTRICT JUDGE**